TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CATHY J. OSTILLER (Cal. Bar No. 174582)
Senior Litigation Counsel
KAREN E. ESCALANTE (Cal. Bar No. 304686)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6159/3358
    Facsimile: (213) 894-6269
    E-mail:   cathy.ostiller@usdoj.gov
            karen.escalante@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
1/28/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH   DEPUTY

LINK 698

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 15-00474-PSG-9 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| RICHARD MARK CIAMPA, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The Government's Unopposed <u>Ex Parte</u> Application for Order to Modify Sealing Order and Unsealing Documents in the above-captioned case is GRANTED, and: (1) the sealing order in the above-captioned matter is modified to unseal defendant Richard Mark Ciampa's plea agreement (Dkt. 684); and (2) the minutes of defendant's change of

///

///

plea hearing held on January 6, 2021 (Dkt. 693), together with defendant's consent to proceed via video/telephonic conference (Dkt. 694), are unsealed.

IT IS SO ORDERED.

1/28/21

DATE

HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

　　　/s/
CATHY J. OSTILLER
KAREN E. ESCALANTE
Assistant United States Attorneys

2